No. 92–5141.  MARTELLI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 92–5142.  BAUER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–5143.  BELDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–5145.  RUTAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–5146.  REDD *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 92–5148.  GREER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–5149.  JORDAN *v.* JONES.  C. A. 6th Cir.  Certiorari denied.

No. 92–5150.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–5151.  KAPADIA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 92–5154.  HENDERSON *v.* UNITED STATES; and
No. 92–5171.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 961 F. 2d 222.

No. 92–5155.  HOWARD *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–5156.  ANWILER *v.* PATCHETT ET AL.  C. A. 9th Cir. Certiorari denied.

No. 92–5157.  SORIA *v.* UNITED STATES; and TORRES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  Reported below: 959 F. 2d 855 (first case) and 858 (second case).

No. 92–5158.  WHITE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.